**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DOUG BURGUM, et al., <br><br> *Defendants*. | **Case No. 1:26-cv-01116 (RC)** |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' motion to dismiss and the parties' submissions relating thereto, it is hereby ordered that Defendants' motion to dismiss [28] is DENIED.

IT IS SO ORDERED.


DATED: _____     _____

THE HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT JUDGE

1